An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GENENTECH, INC., A DELAWARE CORPORATION; AND F. HOFFMANN-LA ROCHE LTD., A SWISS CORPORATION,
Appellants,
vs.
PDL BIOPHARMA, INC., A DELAWARE CORPORATION,
Respondent.

No. 63111

**FILED**

JUN 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellants' motion to voluntarily dismiss this appeal, with the parties to bear their own costs and attorney fees, is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. David A. Hardy, District Judge
   Williams & Connolly LLP
   Lewis & Roca, LLP/Las Vegas
   Lionel Sawyer & Collins/Reno
   Irell & Manella, LLP
   Parsons Behle & Latimer/Reno
   Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17006